**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA C. GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>THE COUNTY OF FRESNO, et al.,<br><br>  Defendants. | **Case No. 1:16-cv-00122-AWI-BAM**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

Plaintiff, Amanda C. Gomez ("Plaintiff"), filed a complaint on January 26, 2016, along with an application to proceed in forma pauperis. (Docs. 1 and 2). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

Plaintiff is advised that notwithstanding any filing fee, the Court is required to screen complaints of pro se litigants pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss the case if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary

relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). As a result, summonses will not issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **February 10, 2016**               /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE